# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO BRANCH

| | |
|---|---|
| PING CHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, a subdivisoin of STANCORP FINANCIAL GROUP, INC. an Oregon Corporation, NETAPP LONG TERM DISABILITY PLAN and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. CV 13-03541 RS<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 21, 2013 |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. CV 13-03541 RS, is dismissed in its entirety as to all defendants with prejudice. No attorney's fees or costs shall be ordered.

Dated: November 21, 2013

_____
The Honorable Richard Seeborg
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

134200

1

Case No.  CV 13-03541 RS
[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE